DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**POLTZE, INC.,**
Appellant,

v.

**WOODBRIDGE MOTORS, INC.** and **BART VOLOSHIN,**
Appellees.

No. 4D21-1937

[January 20, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2014-CA-009350-XXXX-MB.

Robert Garven, Margate, for appellant.

Shawn L. Birken of Law Offices of Shawn L. Birken, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***